UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                                       **Plaintiff,**                        **Civil Action No. 18-cv-00562 LJV**

v.

STAFFING SOLUTIONS OF WNY, INC.,

                                       **Defendant**
_____

## NOTICE OF MOTION FOR PARTIAL DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE** that Defendant Staffing Solution of WNY, Inc. ("Defendant") by its attorneys, Schröder, Joseph & Associates, LLP, will move this Court before the Hon. Lawrence J. Vilardo, District Judge, at the United States Courthouse, 2 Niagara Square, Buffalo, New York on a date to be set by the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (a) dismissing so much of each of the Plaintiff's first, second and third Causes of Action under Title VII, the Age Discrimination in Employment Act ("ADEA") and the Americans With Disabilities Act ("ADA") with respect to any alleged act of discrimination which occurred prior to January 13, 2015, on the grounds that said claims are untimely; (b) dismissing Plaintiff's fourth cause of action for retaliation with respect to any individual, other than the charging party with respect to any claimed retaliation in violation of Title VII, the ADEA and the ADA prior to January 13, 2015; and, (c) granting such other and further relief as the Court deems just and proper.

In support of its motion, the Defendant submits the Affirmation of Ginger D. Schröder, dated July 27, 2018 with attached Exhibits A and D and Defendant's supporting Memorandum

of Law.  Defendant respectfully requests the opportunity to file reply papers in response to any answering papers and for oral argument on the motion.

DATED: July 27, 2018
       Buffalo, New York

Respectfully submitted,

**SCHRÖDER, JOSEPH & ASSOCIATES, LLP**

/s/ Ginger D. Schröder
Ginger D. Schröder, Esq.
Linda H. Joseph, Esq.
392 Pearl Street, Suite 301
Buffalo, New York 14202
Phone (716) 881-4901
Fax (716) 881-4909
gschroder@sjalegal.com