# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# BUFFALO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>                     Plaintiff, <br> v. <br><br> STAFFING SOLUTIONS OF WNY, INC. <br><br>                     Defendant. | ) <br> ) <br> ) <br> ) CA No. 1:18-cv-00562-LJV-JJM <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT NOTICE OF SETTLEMENT STATUS

Pursuant to the Court's September 7, 2022 Order (ECF No. 126), the parties hereby notify the Court that the parties have reached a settlement in principle. The parties believe that a proposed Consent Decree can be submitted to the Court for approval by Friday, September 30.

It is therefore stipulated and agreed by and between the parties that the Court may enter the following Order requiring the parties to submit a proposed Consent Decree to the Court by September 30, 2022 for the Court's approval.

DATED:

By:

/s/ Daniel Seltzer
_____
Daniel Seltzer
EEOC
33 Whitehall Street
5th Floor
New York, New York
10004-2112
929-506-5308
Daniel.Seltzer@EEOC.gov
*Attorney for the Plaintiff*

By:

/s/ Linda H. Joseph
_____
Linda H. Joseph
SCHRODER, JOSEPH & Associates, LLP
394 Pearl Street
Second Floor
Buffalo, New York 14202
(716) 881-4902
ljoseph@sjalegal.com

*Attorney for
Staffing Solutions
of WNY, Inc.*

**SO ORDERED**

_____
Hon. Jeremiah J. McCarthy
United States Magistrate Judge